# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

CHARLES R. STUDEBAKER, SR. and
BEVERLY STUDEBAKER

    Plaintiffs

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.,

    Defendants.

CIVIL ACTION NO. 1:17-CV-12237-RGS

## JOINT STIPULATION REGARDING MOTION TO STAY PROCEEDINGS

On November 16, 2018, this Court heard argument on the Defendants' Motion to Stay Proceedings in the above captioned matter. The Court suggested that the parties come to an agreement regarding a limited stay of the maritime cases in which the 'bare-metal" defense may be available. Pursuant to the Court's request, the parties have conferred and reached the following agreement with respect to the Motion to Stay.

The parties agree and stipulate as follows in the above-referenced matter:

1. Mediation:

    a. All parties will proceed with mediations per the pre-trial timelines.

2. Discovery:

    a. All expert discovery for both the Plaintiffs and Defendants will be stayed. That includes both expert reports and expert depositions.

    b. All other discovery timelines will not be stayed for any Defendants, including, product identification and all other fact discovery.

    c. 30(B)(6) depositions will not be stayed for any Defendants.

3. <u>Dispositive Motions:</u>

   a. All summary judgment motion deadlines will be stayed for all Defendants.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>By their Counsel, | Defendants,<br>By their Liaison Counsel, |
| /s/ Andrew S. Wainwright<br>David J. McMorris, BBO No. 338970<br>Andrew S. Wainwright, BBO No. 560060<br>Thornton Law Firm LLP<br>100 Summer Street, 30th Floor<br>Boston, MA  02110<br>Telephone: (617) 720-1333<br>Fax: (617) 720-2445<br>awainwright@tenlaw.com | /s/ Stephen T. Armato<br>Lawrence G. Cetrulo, BBO No. 080000<br>Stephen T. Armato, BBO No. 561006<br>Cetrulo LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA  02210<br>Telephone: (617) 217-5500<br>Fax: (617) 217-5200<br>sarmato@cetllp.com |
| /s/ Michael C. Shepard<br>Michael C. Shepard BBO No. 567842<br>The Shepard Law Firm<br>10 High Street<br>Boston, MA 02110<br>Telephone: (617) 451-9191<br>Fax: (617) 451-9292<br>mshepard@shepardlawfirm.com | |
| Dated: November 30, 2018 | Dated: November 30, 2018 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2018, I served the foregoing by causing a copy of same to be electronically served on all counsel of record via the Court's CM/ECF system.

                                              /s/ Stephen T. Armato
                                              Stephen T. Armato